IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 3:04CV14-V

| | |
|---|---|
| **ANTHONY HARRIS and** <br> **ANGELA HARRIS,** <br><br> Plaintiffs, <br><br> v. <br><br> **HILLCREST FOODS, INC., and** <br> **WAFFLE HOUSE, INC.,** <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )     <u>O R D E R</u> <br> ) <br> ) <br> ) <br> ) <br> ) |

_____

**THIS MATTER** is before the Court on "Motion For Enlargement Of The Time To File Plaintiffs' Response To Defendants' Objections To Magistrate Judge Horn's March 31, 2005 Order Denying In Part Hillcrest's Motion For Protective Order And Granting Plaintiffs' Motion to Compel" (document #47) filed May 5, 2005. For the reasons stated therein, the Motion is hereby **GRANTED.**

**IT IS THEREFORE ORDERED:**

1. The deadline for filing "Plaintiffs' Response To Defendant Hillcrest Foods Objections To Magistrate's Discovery Order" is extended through May 12, 2005 (the date the Response was actually filed).

2. The Clerk is directed to send copies of this Order to counsel for the parties; <u>and to the Honorable Richard L. Vorhees</u>.

**SO ORDERED.**

**Signed: May 18, 2005**

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge