**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLIN**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:04CV14-V**

| | |
|---|---|
| **ANGELA HARRIS and** | |
| **ANGELA DAVIS,** | ) |
| | ) |
| **Plantiffs,** | ) |
| | )   **O R D E R** |
| **v.** | ) |
| | ) |
| **WAFFLE HOUSE, INC. and** | ) |
| **HILLCREST FOODS, INC.,** | ) |

_____

    **THIS MATTER** is before the Court on "Motion For Admission Pro Hac Vice Of Steven Michael Staes And Notice Of Substitution Of Counsel" (document #49) filed May 13, 2005, to appear as counsel for the Defendant Hillcrest Foods, Inc.  For the reasons set forth therein, the Motion will be **GRANTED.**

    The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

    **SO ORDERED.**

Signed: May 18, 2005

Carl Horn, III
United States Magistrate Judge