IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:04CV14-V

```
ANTHONY HARRIS and            )
ANGELA DAVIS,                 )
                              )
         Plaintiffs,          )       O R D E R
                              )
    v.                        )
                              )
HILLCREST FOODS, INC., and    )
WAFFLE HOUSE, INC.,           )
                              )
         Defendant.           )
_____
```

**THIS MATTER** is before the Court on "Motion To Permit Appearance Pro Hac Vice Of Rebecca Lyn Williams" (document #53) filed June 6, 2005 on behalf of the Defendant Waffle House, Inc. For the reasons set forth therein, the motion will be **GRANTED**.

Pursuant to Local Rule 83.1(B), counsel shall remit the required admission fee of $100.00 to the Clerk of Court for the Western District of North Carolina within twenty-one (21) days of this Order.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED.**

**Signed: June 8, 2005**

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge