IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:04CV14-C

| | |
|---|---|
| ANTHONY HARRIS and ANGELA DAVIS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| WAFFLE HOUSE, INC. and HILLCREST FOODS, INC., | ) ) ) |
| Defendants. | ) ) |

**O R D E R**

**THIS MATTER** is before the Court on the parties' "Joint Motion To Stay Proceedings" (document #55) filed September 7, 2005, which requests a sixty (60) day stay while the parties seek to settle this and other public accommodation cases currently pending in several jurisdictions against various Waffle House franchisees. For the reasons stated therein, the Joint Motion is hereby **GRANTED**.

**IT IS THEREFORE ORDERED**:

1. All discovery and other proceedings in this matter are stayed for sixty (60) days. On or before November 13, 2005, the parties shall notify the Court if the case is settled or if the negotiations reach an impasse.

2. The Clerk is directed to send copies of this Order to counsel for the parties.

**SO ORDERED**.

**Signed: September 13, 2005**

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge