## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| ANTHONY HARRIS and ANGELA DAVIS ) ) ) | |
| Plaintiffs, ) ) | Civil Action No. 3:04-CV-014 |
| v. ) ) | |
| WAFFLE HOUSE, INC. and HILLCREST FOODS, INC. ) ) ) | |
| Defendants. ) | |

### ORDER

Upon consideration of the parties' Joint Settlement Report, it is this _4th_ day of _November_, 2005, hereby

ORDERED that this action shall continue to be STAYED pending further orders of the Court. No parties shall be required to file or serve any pleadings, memoranda, disclosures or discovery during such time as this action is stayed. On or before December 16, 2005, the parties shall jointly report the status of this matter to the Court.

_Carl Horn, III_
Judge, United States District Court