# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

ANTHONY HARRIS and )
ANGELA DAVIS )
)
Plaintiffs, )
) Civil Action No. 3:04-CV-014
v. )
)
WAFFLE HOUSE, INC. and )
HILLCREST FOODS, INC. )
)
Defendants. )

## ORDER

Upon consideration of the parties' Second Joint Settlement Report, it is this 19th day of December, 2005, hereby

ORDERED that this action shall continue to be STAYED pending further orders of the Court. No parties shall be required to file or serve any pleadings, memoranda, disclosures, or discovery during such time as this action is stayed. On or before February 14, 2006, the parties shall jointly report the status of this matter to the Court.

*Carl Horn, III*
Judge, United States District Court