IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| ANTHONY HARRIS and<br>ANGELA DAVIS | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 3:04-CV-014 |
| v. | ) | |
| | ) | |
| WAFFLE HOUSE, INC. and<br>HILLCREST FOODS, INC. | ) | |
| | ) | |
| Defendants. | | |

**ORDER**

Upon consideration of the parties' Third Joint Settlement Report, it is hereby

ORDERED that this action shall continue to be STAYED pending further orders of the Court. No parties shall be required to file or serve any pleadings, memoranda, disclosures, or discovery during such time as this action is stayed. On or before March 16, 2006, the parties shall jointly report the status of this matter to the Court.

SO ORDERED.

Signed: February 14, 2006

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge