IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:04CV14-C

| | |
|---|---|
| ANTHONY HARRIS and ANGELA DAVIS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) **O R D E R** ) |
| WAFFLE HOUSE, INC. and HILLCREST FOODS, INC., | ) ) ) ) |
| Defendants. | ) |

Upon consideration of the parties' Fourth Joint Settlement Report, this action shall continue to be **STAYED** pending further orders of the Court. No parties shall be required to file or serve any pleadings, memoranda, disclosures, or discovery during such time as this action is stayed.

On or before April 20, 2006, the parties shall jointly report the status of this matter to the Court.

**SO ORDERED**.

Signed: March 20, 2006

Carl Horn, III
United States Magistrate Judge