## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| ANTHONY HARRIS and <br> ANGELA DAVIS <br><br> Plaintiffs, <br><br> v. <br><br> WAFFLE HOUSE, INC. and <br> HILLCREST FOODS, INC. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 3:04-CV-014 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

Upon consideration of the parties' Fifth Joint Settlement Report, it is hereby ORDERED that this action shall continue to be STAYED pending further orders of the Court. No parties shall be required to file or serve any pleadings, memoranda, disclosures, or discovery during such time as this action is stayed. On or before May 17, 2006, the parties shall jointly report the status of this matter to the Court.

So Ordered, this 18th day of April, 2006.

Hon. Carl Horn, III
United States Magistrate Judge