IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

ANTHONY HARRIS and
ANGELA DAVIS

    Plaintiffs,

Civil Action No. 3:04-CV-014

WAFFLE HOUSE, INC. and
HILLCREST FOODS, INC.

    Defendants.

## ORDER

Upon consideration of the parties' Sixth Joint Settlement Report, it is hereby ORDERED that this action shall continue to be STAYED pending further orders of the Court. No parties shall be required to file or serve any pleadings, memoranda, disclosures, or discovery during such time as this action is stayed. On or before June 16, 2006, the parties shall jointly report the status of this matter to the Court.

SO ORDERED.

Signed: May 18, 2006



Carl Horn, III
United States Magistrate Judge