IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| ANTHONY HARRIS and ANGELA DAVIS | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| WAFFLE HOUSE, INC. and HILLCREST FOODS, INC. | ) ) ) ) |
| Defendants. | ) |

Civil Action No. 3:04-CV-014

**ORDER**

Upon consideration of the parties' Final Joint Settlement Report, it is hereby ORDERED that this action shall continue to be STAYED pending further orders of the Court. No parties shall be required to file or serve any pleadings, memoranda, disclosures, or discovery during such time as this action is stayed. On or before July 31, 2006, the parties shall execute a final settlement agreement in order to avoid the Court lifting the stay.

**SO ORDERED**.

Signed: June 19, 2006

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge