## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| ANTHONY HARRIS and ANGELA DAVIS<br><br>Plaintiffs,<br><br>v.<br><br>WAFFLE HOUSE, INC. and HILLCREST FOODS, INC.<br><br>Defendants. | Civil Action No. 3:04-CV-014 |

### ORDER

This matter is before the Court on a joint motion of the Plaintiffs and the Defendant Hillcrest Foods, Inc, accompanied by a Stipulation of Dismissal of the Defendant Waffle House, Inc., to transfer this case pursuant to 28 U.S.C. §1404(a) to the District Court for the Northern District of Georgia for consolidation with six other similar cases for administration of a consent decree agreed to as part of the settlement of the seven cases now pending in various courts.

The Court finds good cause for the motion and that the requested transfer will serve the interests of justice and the convenience of the parties. The motion is hereby GRANTED.

The Clerk is directed to work with counsel for the parties on arranging for the transfer of the case to the District Court for the Northern District of Georgia and then to close this file. Any further proceedings shall take place in the District Court of the Northern District of Georgia.

ORDERED this 25th day of August, 2006.

*/s/ Carl Horn, III*

Hon. Carl Horn, III
U.S. District Court Magistrate Judge